**Abatement Order filed July 18, 2013.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-13-00046-CR

———————

**ERIC DEMOND DOUGLAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1122749**

## ABATEMENT ORDER

This is an out-of-time appeal granted by the Texas Court of Criminal Appeals. The reporter's record in this case was due **March 1, 2013**. *See* Tex. R. App. P. 35.1. On May 06, 2013, B.J. Orsack filed 3 volumes of reporter's record and advised the court that **Wong Lee,** a substitute court reporter, reported the plea proceedings on July 11, 2008. On **May 30, 2013**, this court ordered **Wong Lee** to file the record within 30 days. The record was not filed. On July 17, 2013, the

court again ordered **Wong Lee** to file the record within 30 days. The record has not been filed with the court, and **Wong Lee** has not responded to this court's orders.

The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). Because the reporter's record has not been filed timely as ordered, we issue the following order.

We direct the judge of the **174th District Court** to conduct a hearing at which **Wong Lee**, appellant's counsel, and appellee's counsel shall participate (a) to determine the reason for failure to file the record; (b) to establish a date certain when the reporter's record will be filed, and (c) to make findings as to whether the court reporter should be held in contempt of court for failing to file the reporter's record timely as ordered. We order the court to prepare a record, in the form of a reporter's record, of the hearing. The judge shall make findings of fact and conclusions of law, and shall order the trial clerk to forward to this court a supplemental clerk's record containing the findings and conclusions. The hearing record and supplemental clerk's record shall be filed with the clerk of this court **within 30 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. **If the court reporter files the record prior to the date set for the hearing, the appeal will be reinstated and the trial court need not hold a hearing.**

PER CURIAM

2